UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT WEEKES,
                    Plaintiff,

-v-

MANSUETO VENTURES LLC,
                    Defendant.

22-CV-1286 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant was served on February 28, 2022. While an appearance has been entered on Defendant's behalf, no response to the complaint has been filed in the allotted time. Plaintiff has not moved for a default judgment.

Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or its counsel regarding a response to the complaint.

If Plaintiff fails by May 31, 2022, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

SO ORDERED.

Dated: May 17, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge